# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131360

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TOWNSHIP OF ATTICA,
        Plaintiff-Appellee,

v

SC: 131360
COA: 258234
Lapeer CC: 99-027821-CE

TIMOTHY KIRKLIN and RACHEL
KIRKLIN,
        Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the April 25, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

Cavanagh, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

Clerk

p1023